JS - 6

**FILED: 8/4/14**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Mirtha Jimenez*, | CASE NO. CV 13-9037-GHK (JCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| *Norma Bryon, et al.*, | |
| Defendants. | |

Pursuant to the Court's August 4, 2014 Order, IT IS HEREBY ADJUDGED that Plaintiff's First Amended Complaint is **DISMISSED with prejudice** as to all Defendants. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: August 4, 2014

_____
GEORGE H. KING
Chief United States District Judge